A CERTIFIED TRUE CC

JUDGE KAPLAN

OCT 23 2001

ATTEST

FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OCT 5 2001

FILED CLERK'S OFFICE

*DOCKET NO. 1348*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

RECEIVED BY MAIL NOV 13 2001 CLERK US DIST COURT ST. PAUL, MN

***IN RE REZULIN PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-33)***

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 480 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 23 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Michael J. Beck
Clerk of the Panel

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MKC

3

# SCHEDULE CTO-33 -- TAG ALONG CASES
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

RECEIVED
BY MAIL
NOV 13 2001
CLERK US DIST COURT
ST. PAUL, MN

| District | Div | Civil Action # | | |
|---|---|---|---|---|
| FLORIDA MIDDLE | | | | |
| FLM | 3 | 01-1013 | McNeese, etc. v. Warner-Lambert Co., et al. | |
| FLM | 6 | 01-1029 | Simpson v. Warner-Lambert Co. | |
| FLM | 8 | 01-1749 | Pillot, et al. v. Parke-Davis, et al. | |
| FLORIDA NORTHERN | | | | |
| FLN | 3 | 01-319 | Young v. Warner-Lambert Co., et al. | |
| INDIANA SOUTHERN | | | | |
| INS | 1 | 01-1138 | Wombles v. Warner-Lambert Co., et al. | |
| LOUISIANA EASTERN | | | | |
| LAE | 2 | 01-2739 | Ritchie v. Warner-Lambert Co., et al. | |
| LOUISIANA WESTERN | | | | |
| LAW | 6 | 01-1647 | Freeman v. Warner-Lambert Co., et al. | |
| ~~LAW~~ | ~~6~~ | ~~01-1648~~ | ~~Hawkins v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1649~~ | ~~Collins v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1653~~ | ~~Bourda v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1654~~ | ~~Charles v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1655~~ | ~~Jack v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1656~~ | ~~Williams v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1657~~ | ~~Brown v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1658~~ | ~~Collins v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| ~~LAW~~ | ~~6~~ | ~~01-1659~~ | ~~Alexander v. Warner-Lambert Co., et al.~~ | Opposed 10/22/01 |
| MARYLAND | | | | |
| MD | 1 | 01-2632 | Wheatley-Moss, et al. v. Pfizer, Inc. | |
| ~~MD~~ | ~~1~~ | ~~01-2661~~ | ~~Lopez, etc. v. Warner-Lambert Co.~~ | Opposed 10/22/01 |
| MINNESOTA | | | | |
| MN | 0 | 01-1532 | Craig v. Warner-Lambert Co., et al. | |
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 5 | 01-270 | Knight v. Pfizer, Inc., et al. | |
| TENNESSEE WESTERN | | | | |
| TNW | 2 | 01-2708 | Jackson, et al. v. Warner-Lambert Co., et al. | |